ACCEPTED
15-25-00034-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/2/2025 9:29 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00034-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/2/2025 9:29:19 AM
CHRISTOPHER A. PRINE
Clerk

In the Fifteenth Court of Appeals
Austin, Texas

The State of Texas
Appellant,
v.
Xerox Corporation, et al, Settlement Proceeds
Appellees.

On Appeal from the 459th Judicial District Court, Travis County

# APPELLANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

AMY SNOW HILTON
Chief, Healthcare Program Enforcement Division

Office of the Attorney General of Texas
P.O. Box 12548 MC 056-1
Austin, Texas 78711-2548
Tel: (512) 936-1709
Fax: (512) 499-0712

BRIAN VANDERZANDEN
Assistant Attorney General
Texas State Bar No. 24081557
Phone: (512) 936-9929
Brian.Vanderzanden@oag.texas.gov

JONATHAN ROHDE
Assistant Attorney General
Texas State Bar No. 00789965
Phone: (512) 936-1486
Jonathan.Rohde@oag.texas.gov

Counsel for Appellant

# APPELLANT'S UNOPPOSED MOTION TO EXTEND TIME
## TO FILE APPELLANT'S BRIEF

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

1. Pursuant to Rules 2 and 10.5(b) of the Texas Rules of Appellate Procedure, Appellant the State of Texas respectfully requests a 30-day extension of time to file their Appellant Brief, making the Brief due on July 9, 2025. The Appellant's Brief is presently due on June 9, 2025.

2. Appellant requests an additional thirty (30) day extension of time to file their Appellant Brief because the complete Clerk's Record has not yet been received by the Fifteenth Court of Appeals. The trial court only recently signed an order on May 28, 2025, releasing certain video exhibits.

3. Additionally, Appellant requests an additional thirty (30) day extension of time to file their Appellant Brief due to the complexity of the case, competing demands on counsel's time in other cases, and the need for additional research to ensure an optimal brief.

4. Appellees have indicated that they do not oppose a thirty (30) day extension for Appellant to file its Appellant Brief.

5. This Motion is timely filed and not brought for purposes of delay, but so that justice may be done.

## PRAYER

For the reasons set forth herein, the Appellant the State of Texas respectfully requests that the Court grant them a 30-day extension of time to file its Appellant Brief, making the Brief due on July 9, 2025.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

AMY SNOW HILTON
Chief, Healthcare Program Enforcement Division

Office of the Attorney General
P.O. Box 12548, MC 056-1
Austin, Texas 78711-2548
Tel: (512) 750-4880
Fax: (512) 499-0712

*/s/ Brian VanderZanden*
BRIAN VANDERZANDEN
Assistant Attorney General
Texas State Bar No. 24081557
Phone: (512) 936-9929
Brian.Vanderzanden@oag.texas.gov

*/s/ Johnathan Rohde*
JOHNATHAN ROHDE
jonathan.rohde@oag.texas.gov

COUNSEL FOR APPELLANT
STATE OF TEXAS

## CERTIFICATE OF SERVICE

I certify a true and correct copy of the foregoing Appellant's Unopposed Motion to Extend Time to File Appellant's Brief has been sent via e-file and serve on June 2, 2025, to:

Charles S. Siegel
Caitlyn Silhan
Waters & Kraus, LLP
3141 Hood Street, Suite 700
Dallas, Texas 75219
csiegel@waterskraus.com
csilhan@waterskraus.com

James Moriarty
Law Offices of James R. Moriarty 4119
Montrose Blvd., Suite 250
Houston, Texas 7700
jim@moriarty.com

James "Rusty" Tucker
Law Offices of James R. Tucker, P.C.
3100 Drexel Drive
Dallas, Texas 75205
rusty@rustytuckerlaw.com

**ATTORNEYS FOR APPELLEES**

/s/ *Brian VanderZanden*
Brian VanderZanden
Assistant Attorney General

3

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lynette Karch-Schroder on behalf of Brian VanderZanden
Bar No. 24081557
Lynette.karch-schroder@oag.texas.gov
Envelope ID: 101482362
Filing Code Description: Motion
Filing Description: Appellant's Unopposed Motion to Extend Time to File Appellant's Brief
Status as of 6/2/2025 9:34 AM CST

Associated Case Party: Christine Ellis

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Caitlyn Silhan | 24072879 | csilhan@waterskraus.com | 6/2/2025 9:29:19 AM | SENT |
| James Moriarty | 14459000 | jim@moriarty.com | 6/2/2025 9:29:19 AM | SENT |
| Charles S.Siegel | | csiegel@waterskraus.com | 6/2/2025 9:29:19 AM | SENT |

Associated Case Party: Alexandra Alvarez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| James Tucker | 20272020 | rusty@rustytuckerlaw.com | 6/2/2025 9:29:19 AM | SENT |

Associated Case Party: Joshua LaFountain

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| James Tucker | 20272020 | rusty@rustytuckerlaw.com | 6/2/2025 9:29:19 AM | SENT |

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Brian Vanderzanden | | brian.vanderzanden@oag.texas.gov | 6/2/2025 9:29:19 AM | SENT |
| Brittany Peters | | Brittany.Peters@oag.texas.gov | 6/2/2025 9:29:19 AM | SENT |
| Jonathan Rohde | | jonathan.rohde@oag.texas.gov | 6/2/2025 9:29:19 AM | SENT |